485 P.2d 1402

**Ronald LeRoy HALL, Plaintiff and Appellant,**

**v.**

**John W. TURNER, Warden, Utah State Prison, Defendant and Respondent.**

**No. 12341.**

Supreme Court of Utah.

June 22, 1971.

Ronald C. Barker, Salt Lake City, Walter R. Ellett, Murray, for plaintiff-appellant.

Vernon B. Romney, Atty. Gen., Lauren N. Beasley, David S. Young, Asst. Attys. Gen., Salt Lake City, for defendant-respondent.

HENRIOD, Justice.

Appeal from a refusal to grant a petition for habeas corpus in a robbery case, for the purported reasons 1) that defendant was coerced into pleading guilty and 2) that the so-called standards of Boykin v. Alabama, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274 (1968), were fractured. We believe and hold that neither contention has merit under the record here and consequently affirm the trial court.

CALLISTER, C. J., and TUCKETT, ELLETT and CROCKETT, JJ., concur.